HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ESTEBAN XAVIER MONROY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-CR-165-KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO SET TRIAL** |
|  | ) **AND SENTENCING SCHEDULE AND** |
|  | ) **EXCLUDE TIME** |
| ESTEBAN XAVIER MONROY, | ) |
| Defendant. | ) Date:  February 11, 2025 |
|  | ) Time:  9:00 A.M. |
|  | ) Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorneys Emily Sauvageau and David Spencer, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Monroy, that the following schedule may be set by the Court. The parties specifically hereby stipulate:

1. The four-day jury trial on Counts 2 and 3 of the Indictment (filed at Dkt. 13), which is currently set to commence on February 11, 2025, **may be continued to March 17, 2025 at 9:00 a.m.** Notwithstanding the Court's acceptance of Mr. Monroy's guilty plea as to Count 1 on October 08, 2024, the parties believe a four-day jury trial estimate is still appropriate.

2. The parties request the Court to set a **trial confirmation hearing and a status conference on sentencing as to Count 1 on February 11, 2025 at 10:00 a.m.**

3. The parties anticipate filing a subsequent stipulation and proposed order proposing a motions *in limine* schedule. If that should not occur before the trial confirmation hearing, the parties will be prepared to discuss that scheduling matter at the trial confirmation hearing.

4. In September 2024, the defense received approximately 700 GB of video footage in this case. Defense counsel is in trial on other matters in December 2024 and February 2025. The defense also requires further time to prepare for trial in this matter. As such, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Monroy in a speedy trial, and respectfully request the Court so to find.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between February 11, 2025 through and including March 17, 2025 be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Monroy in a speedy trial.

The parties respectfully request this Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 8, 2024      /s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
ESTEBAN XAVIER MONROY

Date: October 8, 2024      PHILLIP A. TALBERT
United States Attorney
/s/ Emily Sauvageau
EMILY SAUVAGEAU
DAVID SPENCER
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: October 22, 2024.

UNITED STATES DISTRICT JUDGE