1  SHARI RUSK #170313
   Attorney at Law
2  916 2nd Ave., 2nd flr
   Sacramento, CA 95814
3  Telephone: (916) 804-8656

4
   Attorney for Defendant
5  ESTEBAN XAVIER MONROY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00165-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ESTEBAN XAVIER MONROY, | DATE: January 8, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Judge Calabretta |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 8, 2026.

2. By this stipulation, defendant now moves to continue the status conference until March 12, 2026, at 9:00 a.m., and to exclude time between January 8, 2026, and March 12, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government produced initial discovery to current counsel which included law enforcement reports, search warrant photos, and additional documents.

   b) Counsel for defendant desires additional time to consult with her client, review the discovery, and otherwise prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME                   1
PERIODS UNDER SPEEDY TRIAL ACT

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 8, 2026 to March 12, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 6, 2026

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
ESTEBAN XAVIER MONROY

Dated: January 6, 2026

ERIC GRANT
United States Attorney

/s/ ALEX CARDENAS
ALEX CARDENAS
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of January, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL CALABRETTA
UNITED STATES DISTRICT JUDGE