ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTEBAN XAVIER MONROY,<br><br>Defendant. | CASE NO.  2:23-CR-00165-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 9, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on July 9, 2026.

2.    By this stipulation, defendant now moves to continue the status conference until August 27, 2026, at 9:00 a.m., and to exclude time between July 9, 2026, and August 27, 2026, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    On July 9, 2025, defendant's current counsel of record, Shari Rusk, was appointed to represent him.  *See* ECF 58.

b)    The discovery in this case consists of over 955 pages of law enforcement reports, search warrants, photos, and other documents and evidence, including many hours of surveillance videos.  All of this discovery has been provided to and/or made available to counsel for the defendant.

c)    Counsel for defendant desires additional time to consult with her client, review the discovery, conduct defense investigation, and otherwise prepare for trial.

d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)    The government does not object to the continuance.

f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 9, 2026 to August 27, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 1, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                        /s/ DAVID W. SPENCER
                                                        DAVID W. SPENCER
                                                        Assistant United States Attorney


Dated:  July 1, 2026                                    /s/ SHARI RUSK
                                                        SHARI RUSK
                                                        Counsel for Defendant
                                                        ESTEBAN XAVIER MONROY


**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of July, 2026.


                                                        /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3